# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| | § | ACTION NO. 4:19-CV-10 |
| v. | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| ALL CITIZENS TRANSPORTATION, LLC, *et al.*, | § § § | |
| Defendants. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 24, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #42) that Plaintiff Scottsdale Insurance Company's ("Scottsdale") Motion for Default Judgment as to Defendants All Citizens Transportation, LLC, Janvier Busogi, and Vivence Bugilimfura (the "Motion for Default Judgment") (Dkt. 19) be denied without prejudice to refiling.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Motion for Default Judgment (Dkt. 19) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of July, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE